# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

SHANNON DALTON, for herself and on
behalf of those similarly situated,

        Plaintiff,                    CASE NO.: 1:20-cv-23804-DPG

vs.

CLEVELANDER OCEAN, LP, a
Foreign Limited Partnership, itself, and as
successor-in-interest to 2K Clevelander,
LLC, a Foreign Limited Liability
Company,

        Defendant.
_____/

## DECLARATION OF SHANNON DALTON

I, SHANNON DALTON, declare under penalty of perjury as follows:

1. I am over 18 years of age, and make this declaration from my personal knowledge.

2. I worked for CLEVELANDER OCEAN, LP, successor-in-interest to 2K Clevelander, LLC (the "Restaurant") most recently as a bartender from November 2019 to March 2020.

3. During the time I worked for the Restaurant, the Restaurant called our tips a "service charge." The "service charge" was a percentage amount that was initially added to the bill when it was given to the customer. Our customers were able to give us more, less, or no "service charge" if they chose. Whether or not to actually pay the "service charge" was at the customer's discretion, because if a customer asked for it to be eliminated or reduced, the charge was altered accordingly.

1

4. Except if I was asked to sign in as a trainer or for "bond bar," which was rare, I was not paid any hourly wage for the work I performed for the Restaurant.

5. Instead, my paycheck generally consisted only of a portion of my tips (whatever amounts the Restaurant had collected from the Service Charges), returned to me in the form of amounts the Restaurant called "commissions," plus additional amounts customers had added in to increase my tip beyond the suggested amount. The Restaurant would collect this money, and then distribute it to the tipped employees.

6. I am aware that the Restaurant's policy is to keep at least 20% of the tips for itself.

7. The distribution of the "service charge" was not tied to total sales, but rather to the amounts of money collected as "service charges." Where the tips were pooled together, the distribution was also tied to the number of people that worked in a given shift, and the hours each person worked.

8. I also worked overtime hours while I worked for the Restaurant. A true and correct copy of certain pay records, showing overtime hours, is attached as Exhibit A. As you can see from these records, at page 2, I was not paid an overtime rate for these hours.

9. I understand that the pay policies, including failure to pay proper overtime, failure to allow employees to retain all of their tips, the taking of tips by the Restaurant, and the failure to pay the minimum wage (instead compensating us almost exclusively only with our own tips returned to us as "commissions"), were equally applicable to all Servers and Bartenders working at the restaurant.

2

10. All Bartenders and Servers had the same basic job duties of taking orders, and providing food and drink to customers of the Restaurant.

11. I worked with at least 60-70 other Servers and Bartenders when I worked for the Restaurant, who were subject to the same policies and practices I have described here.

12. I believe that if those people, and anyone else who worked as a Server or Bartender for the Restaurant got notice of this action, they would want to join this case in order to recover the money that is owed to them. Fifteen other people have already joined this action.

13. I did not draft this declaration. However, it accurately reflects information provided to my attorney, and I had the opportunity to review the document and make any necessary changes before signing it. I understand it is under oath, and may be used in a lawsuit. I was not promised anything or threatened in connection with this declaration, and I made it of my own free will. I reviewed it carefully, and only signed it after making sure it was accurate. If other people submit similar declarations, I would expect them to be almost the same as mine, because we all had the same experience with respect to only being paid out of our tips, not getting a direct wage, not getting proper overtime, and having the Restaurant take a percentage of our tips.

14. I also understand that I am the named Plaintiff in this case, and that this Complaint was filed in my name on behalf of a group of Servers and Bartenders subjected to these policies. I understand that I have an obligation to put the needs of the collective group before my personal interests, and do not believe I have any interests that are in opposition to those of the group of people I seek to represent. I am committed to

3

being involved in this case, and keeping up with what is going on as the case progresses.

Executed this 31st day of December, 2020 in Miami Dade County, Florida

I, SHANNON DALTON, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

*Shannon Dalton*
SHANNON DALTON

4